UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MR. ALDEN A. THOMAS,                ) Case No. CV 13-829-DSF(AJW)
                                    )
         Petitioner,                )
                                    )
    v.                              ) JUDGMENT
                                    )
TIM J. OCHOA, Warden,               )
                                    )
         Respondent.                )
_____)

It is hereby adjudged that this action is dismissed without prejudice.

Dated: February 15, 2013

_____
Dale S. Fischer
United States District Judge